IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE INDIVIDUALS, )<br>CORPORATIONS, LIMITED )<br>LIABILITY COMPANIES, )<br>PARTNERSHIPS AND )<br>UNINCORPORATED )<br>ASSOCIATIONS IDENTIFIED ON )<br>SCHEDULE A HERETO, )<br>)<br>Defendants. )<br>) | No. 21 CV 1603<br><br>Judge John J. Tharp, Jr. |

## JUDGMENT ORDER

This action having been decided on a motion to dismiss by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of Defendant Deng Kaiwen (Def. No. 128) and against Plaintiff Emoji Company GmbH. Defendant shall recover costs from plaintiff.

Date: January 11, 2023

John J. Tharp, Jr.
United States District Judge